CA07-140

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Martin S. Malinou :

BK No. 06-11456
Chapter 13

Debtor(s)

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

_X_ Appeal Coversheet

_X_ The Notice of Appeal and Appellant's Election Form

_X_ Copy of Bankruptcy Court Order and Judgment dated 3/29/2007 the Order granting Motion to Dismiss Case by Creditor Seattle Savings Bank and Judgment Order

_X_ Certified Copy of docket.

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 4/23/2007. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 4/12/2007

By: cal
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 06-11456 [CA] [BAP] #
2. Title of Bankruptcy Case Martin S. Malinou
3. Appellant: Martin S. Malinou

   Name & Address of Counsel for Appellant(s):

   Martin S. Malinou

   334 Smith Street

   Providence RI 02908
4. Appellee: Peter Furness Esq

   Name & Address of Counsel for Appellee(s):

   Peter Furness, Esq

   362 Broadway

   Providence, RI 02909
5. Additional Counsel:
6. Related Case(s) on Appeal: Yes______ No X
7. Special Comments: This appeal is regarding the order granting motion to dismiss case by creditor Seattle Savings Bank.