***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

In Re: **Martin S. Malinou**

Debtor(s)

BK No. **1:06–bk–11456**

Chapter **13**

***Order Granting Motion/Application (doc# 33 ) After Hearing***

**Re: Motion To Dismiss**

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 33 ) is **GRANTED** .

Judgment #: 1:06–bk–11456 – 72 – 33

***ORDER:***

CAL
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **3/29/07**

Entered on Docket: **3/29/07**
Document Number: **72 – 33**

ogmaah.jsp #119