***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

---

**Martin S. Malinou**

Debtor(s)

BK No. **1:06-bk-11456**

Chapter **13**

Judge: **Arthur N. Votolato**

---

***JUDGMENT ORDER***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order (re:[72] Order on Motion to Dismiss Case)**

Judgment #: 1:06–bk–11456 – 73 – 72

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **3/29/07**
Document Number: ***73 - 72***

By: **CAL**
Deputy Clerk

judgement.jsp #404