UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Martin S. Malinou
Appellant

v. CA07-140S

Seattle Savings Bank, et al
Appellee

**ORDER REGARDING BRIEFING SCHEDULE**

The parties shall file briefs in accordance with the schedule set forth in Rule 8009 (a) of the Federal Rules of Bankruptcy Procedure and appendices to their briefs as described in Rule 8009 (b).

Briefs shall be in the form prescribed by Rule 8010 except that initial briefs shall not exceed 20 pages and reply briefs shall not exceed 10 pages.

Two copies of each brief shall be filed along with the original.

By Order

Karen Baldwell
Deputy Clerk

ENTER:

WESmith
William E. Smith
U.S. District Judge

Date: 5/11/07