**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF RHODE ISLAND**

MARTIN S. MALINOU,

Debtor-Appellant,

vs.

SEATTLE SAVINGS BANK,

Appellee.

Case No. 07-140 S

**OBJECTION TO DEBTOR-APPELLANT'S MOTION FOR REHEARING**

Now comes the Appellee, Seattle Savings Bank ("Seattle"), by and through its attorneys, and hereby files the within Objection to Debtor-Appellant's Motion for Rehearing. In support thereof, Appellee relies on the accompanying Memorandum of Law.

Respectfully Submitted,

SEATTLE SAVINGS BANK
By its attorneys,

DATE: September 4, 2007

/s/ Lauren F. Verni

Benjamin M. Scungio (#2902)
Lauren F. Verni (#6831)
Brennan, Recupero, Cascione, Scungio & McAllister
362 Broadway
Providence, RI 02909
453-2300
Fax: 453-2345

Peter J. Furness, Esq. (#3608)
Sinapi, Formisano & Company, LTD.
100 Midway Place, Suite 1,
Cranston, RI 02920

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Objection was sent via electronic mail to the following on this the 4th day of September, 2007:

Electronic Mail Notice List – Parties in the case only

The following is the list of parties who are currently on this list to receive e-mail notice/service for this case.

Martin S. Malinou
334 Smith Street
Providence, RI 02908
401-331-6554
Fax: 401-331-6554
Email: mmalinou@net1plus.com

Manual Notice List – Parties in the case only

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

/s/ Lauren F. Verni