UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re<br><br>MARTIN S. MALINOU,<br>Debtor<br><br>MARTIN S. MALINOU,<br>Appellant,<br>vs.<br><br>SEATTLE SAVINGS BANK<br>and JOHN BOYAJIAN,<br>CHAPTER 13 TRUSTEE,<br>Appellees, | 140<br>Civil Docket No. 07-~~139~~-S-DLM<br><br>NOTICE OF APPEAL<br>TO THE UNITED STATES COURT OF APPEALS<br>FOR THE FIRST CIRCUIT<br><br>(This is a Protective Notice of Appeal from a judgment or order which may exist in the case No. 07-140) |

MARTIN S. MALINOU, the appellant, appeals to the United States Court of Appeals for the First Circuit from the ~~final judgement of the district court for the District of Rhode Island, entered in this case on August 10, 2007 whereby the district court entered judgment in favor of appellee Seattle Savings Bank, against appellant Martin S. Malinou pursuant to the Amended~~ Memorandum and Order dated August 10, 2007, granting appellee's Motion To Dismiss. Appellant also appeals from the text order entered September 6, 2007, denying his Motion For Rehearing (described in the text order as Motion for Reconsideration).

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

MARTIN S. MALINOU, pro se
Appellant
334 Smith Street
Providence, RI 02908
Telephone: (401) 331-6554

SEATTLE SAVINGS BANK
Peter J. Furness, Esq.
Attorney for Seattle Savings Bank
362 Broadway
Providence, RI 02909
Telephone: (401) 453-2300

JOHN BOYAJIAN,Esq.
Chapter 13 Trustee
182 Waterman Street
Providence, RI 02906
Telephone (401) 273-9600

/s/ MARTIN S. MALINOU
Appellant
334 Smith Street
Providence, RI 02908
Telephone: (401) 331-6554

Dated: September 9, 2007